IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Sandra Singleton, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Town of Estill, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 9:12-3506-SB<br><br>**ORDER** |

This matter is before the Court upon the Magistrate Judge's report and recommendation ("R&R"), which was filed on July 15, 2013, and wherein she recommends that the Court grant the Plaintiff's motion to remand this matter to the Court of Common Pleas for Hampton County based on the determination that neither of the Plaintiff's claims necessarily depend on a disputed question of federal law.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. Mathews v. Weber, 423 U.S. 261 (1976). The Court is charged with making a de novo determination only of those portions of the R&R to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation.' ") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, no objections were filed. Therefore, the Court has reviewed the record, the applicable law, and the Magistrate Judge's findings and recommendations for clear error. Finding none, the Court hereby **adopts the R&R** (Entry 13) and incorporates it herein. Accordingly, it is

**ORDERED** that the Plaintiff's motion to remand (Entry 8) is granted, and this matter is remanded to the Court of Common Pleas for Hampton County, South Carolina.

**AND IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

August 5, 2013
Charleston, South Carolina

2